Law Offices of Todd M. Friedman, P.C.
Todd M. Friedman (216752)
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHANIE ROBINSON,** Individually, And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**APEX ASSET MANAGEMENT LLC**, and DOES 1-10, inclusive,<br><br>　　　　　　Defendant. | Case No. 5:16-cv-00389-JGB-SP<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

　　　RESPECTFULLY SUBMITTED this 3rd day of May, 2016.

　　　　　　　　　By:　s/Todd M. Friedman
　　　　　　　　　　　Todd M. Friedman, Esq.
　　　　　　　　　　　Law Offices of Todd M. Friedman, P.C.
　　　　　　　　　　　Attorney for Plaintiff

Filed electronically on this 3rd day of May, 2016, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 3rd day of May, 2016, via the ECF system to:

Honorable Andre Birotte Jr.
United States District Court
Central District of California

And mailed to:

Andrew M. Schwartz
MARSHALL DENNEHEY WARNER
COLEMAN AND GOGGIN, P.C.
2000 Market Street, 24th Floor
Philadelphia, PA  19103


This 3rd day of May, 2016.
By: s/Todd M. Friedman
       Todd M. Friedman